# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY <br><br> Plaintiff(s), <br><br> v. <br><br> GWENDALEE A. NITTA, et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:15−cv−03568−MMM−E <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge

−1−